UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH ROBERTS, JR.,

      Plaintiff,

v.                              Case No.: 8:25-cv-1386-JLB-AAS

MANATEE MEMORIAL
HOSPITAL, L.P.,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

Keith Roberts, proceeding pro se, brought this lawsuit against Manatee Memorial Hospital, L.P. (Memorial Hospital) on May 29, 2025. (Doc. 1). Mr. Roberts is currently incarcerated. Mr. Roberts failed to respond to Memorial Hospital's discovery requests and communication attempts. (Doc. 24, p. 3). Consequently, the court ordered Mr. Roberts to respond to Memorial Hospital's motion to compel and to show cause why this action should not be dismissed for failure to prosecute by May 21, 2026. (Doc. 25, p. 2). Mr. Roberts failed to respond or show cause why this action should not be dismissed.

Consistent with the court's inherent authority to enforce its orders and promptly dispose of lawsuits, the court may dismiss a plaintiff's action sua sponte for failure to prosecute or failure to comply with the Federal Rules of

1

Civil Procedure or a court order.  *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).  In addition, "[a] plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence or just cause for delay." Local Rule 3.10, M.D. Fla.

Dismissal of Mr. Roberts complaint is warranted. Mr. Roberts failed to respond to the show cause order, participate in discovery, or otherwise respond to Memorial Hospital's communication attempts. *See Coleman v. St. Lucie Cty. Jail*, 433 Fed. Appx. 716, 719 (11th Cir. 2011) (upholding dismissal without prejudice for failure to prosecute after the plaintiff did not respond to court order); *see Jimenez v. LCM Inv. Group, Inc.*, No. 6:06-CV-1231ORL28JGG, 2007 WL 764421 at *3 (M.D. Fla. Mar. 9, 2007) (dismissing the complaint for failure to show cause).

Accordingly, it is **RECOMMENDED** that: (1) Mr. Roberts's complaint be **DISMISSED without prejudice** for failure to prosecute and failure to comply with the Federal Rules of Civil Procedure and the court's orders; and (2) the Clerk of Court be **DIRECTED** to **CLOSE** this case.

**ENTERED** in Tampa, Florida on May 26, 2026.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## <u>NOTICE TO PARTIES</u>

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.