UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEITH ROBERTS, JR.,

      Plaintiff,

v.                                                          Case No:  8:25-cv-01386-JLB-AAS

MANATEE MEMORIAL
HOSPITAL, L.P.,

      Defendant.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 26), recommending that Plaintiff's Amended Complaint (Doc. 13) be dismissed without prejudice for failure to prosecute and failure to comply with the Federal Rules of Civil Procedure and the court's orders.  (Doc. 26).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.  The United States Magistrate Judge's Report and Recommendation (Doc. 26) is **ADOPTED** and made a part of this Order for all purposes.

2.  Plaintiff's Amended Complaint (Doc. 13) is **DISMISSED without prejudice**.

3.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines, deny any pending motions as moot, and close the file.

**IT IS SO ORDERED** in Tampa, Florida, on June 15, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE